**Electronically Filed**
**Supreme Court**
**SCWC-11-0000647**
**07-MAY-2013**
**02:26 PM**

SCWC-11-0000647

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ROBERT F. ALBERT, aka William Albert,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000647; CR. NO. 10-1-1291)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Robert F. Albert's

application for writ of certiorari filed on April 8, 2013, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, May 7, 2013.

William M. Domingo
for petitioner

Sonja P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

